**Entered on Docket
September 03, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | CASE NO. **BK-S--09-18452-bam** |
| **DEVINDER GREWALL** | CHAPTER 13 |
| Debtor(s) | Date: September 1, 2009<br>Time: 2:30 p.m. |

ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEE

A hearing having been held on the above-stated date and time, and the Court having found that the filing fee has not been paid and good cause appearing,

IT IS HEREBY ORDERED, that this case is dismissed without prejudice. The discharge shall not be granted or, if issued, is hereby revoked. The trustee is discharged and relieved of all duties in this case. Balance of fee due and owing on this case is **$ 224.00.**

###